*C. W. Foy,* for plaintiff in error. *G. C. Robinson,* contra.

---

13272. MAYNARD *v.* AMERICAN RAILWAY EXPRESS COMPANY.

BELL, J. 1. The judgment of the superior court, in sustaining a certiorari from the municipal court of Macon and in thus granting a new trial to the plaintiff in certiorari, will be affirmed where the judgment of the municipal court (sitting as court and jury) is not absolutely demanded by the evidence, without any adjudication by this court with respect to the reason assigned by the superior-court judge as the basis for his action. *Nickajack Milling &c. Co.* v. *International Vegetable Oil Co.*, 26 *Ga. App.* 473 (106 S. E. 300); *Van Giesen* v. *Queen Insurance Co.*, 132 *Ga.* 515 (64 S. E. 456); *Ballenger* v. *Ballenger*, 147 *Ga.* 351 (94 S. E. 237); *Cowart* v. *Strickland*, 149 *Ga.* 397 (6) (100 S. E. 447, 7 A. L. R. 1110).

2. There being involved the question of the value of the specific articles of personalty, as distinguished from the market value of a given commodity at a particular time and place, the court, sitting without a jury, was not bound by the opinion of the plaintiff, upon the question

of value, there being some data in evidence from which the court could form its own judgment, and such judgment therefore can not be said to have been absolutely demanded by the evidence. *Martin* v. *Martin*, 135 *Ga.* 162 (68 S. E. 1095); *Great American &c. Asso.* v. *Jenkins*, 11 *Ga. App.* 784 (5) (76 S. E. 159).

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
DECIDED DECEMBER 20, 1922.

Certiorari; from Bibb superior court — Judge Mathews. December 28, 1921.

*Grady Gillon,* for plaintiff.

*Jones, Park & Johnston,* for defendant.